| | | | |
|---|---|---|---|
| | AUSA: Mark Chateen | Telephone: | 313-226-9555 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Rebecca Childs | Telephone: | 313-202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Tyrone Douglas | Case: 2:20-mj-30463<br>Judge: Unassigned,<br>Filed: 11-02-2020 At 06:19 PM<br>Case No. USA v. SEALED MATTER(CMP)<br>(MLW) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 26, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached.

[X] Continued on the attached sheet.

_____
*Complainant's signature*

Rebecca Childs- Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 2, 2020__

_____
*Judge's signature*

City and state: __Detroit, MI__    Anthony P. Patti  United States Magistrate Judge
*Printed name and title*

Save    Print

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Rebecca Childs, being duly sworn, hereby state the following:

1.   I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2020. I am currently assigned to the Detroit, Michigan Field Division, Group 4, where I am tasked with investigating violations of firearms and narcotics laws. I have a Bachelor's degree in Global Security and Intelligence Studies from Embry-Riddle Aeronautical University, and was previously employed as a Supervisory Transportation Security Officer with the Transportation Security Administration. I graduated from the Federal Law Enforcement Training Center and the ATF Special Agent Basic Training.

2.   The statements contained in this affidavit are based on my review of written police reports by Detroit Police Officers, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, my investigation, and review of documents. This affidavit summarizes such information but it does not provide each and every detail that I know

1

regarding this investigation; rather, it merely provides information necessary to establish probable cause Tyrone DOUGLAS has violated Title 18, United States Code, Section 922(g), felon in possession of a firearm.

3. I am currently conducting an investigation relating to an individual identified as Tyrone DOUGLAS, DOB (XX/XX/1988), a prior convicted felon, who is alleged to have been in possession of a firearm, described as one (1) ROHM, model RG10X, .22 caliber, revolver, with serial number 157884, said firearm having previously travelled in interstate commerce.

4. I conducted a criminal history check (CCH) relating to DOUGLAS which indicated DOUGLAS has been convicted of the following felony offenses:

| Offense Date | Charge | Case Number (Location) | Sentence (Date) |
| --- | --- | --- | --- |
| 6/8/2018 | Assault with a Dangerous Weapon/Felonious Assault, MCL § 750.82 | 18005543-01-FH (Wayne County, Michigan) | Probation (10/10/2018) |
| 11/27/2012 | Felony, Financial Transaction Device – Stealing/Retaining Without Consent | 13244446-FH (Oakland County, Michigan) | Probation (4/10/2013) |

2

| 2/14/2011 | Assault/Resist/Obstruct a Police Officer, MCL § 750.81(d)(1), 769.10 | 11002001-01-FH (Wayne County, Michigan) | Probation (5/4/2011) |
| --- | --- | --- | --- |
| 10/18/2007 | Unarmed Robbery, MCL § 750.530 | 07021672-03-FC (Wayne County, Michigan) | 2–15 years prison (1/7/2008) |

It should be noted, DOUGLAS is currently on probation relating to his conviction for Felony, Assault with Dangerous Weapon/Felonious Assault in 2018. I obtained from DOUGLAS's probation officer a document DOUGLAS signed on October 12, 2018 acknowledging "State and Federal Law prohibits persons convicted of a felony from possessing, using, transporting, selling, purchasing, carrying, shipping, receiving or distributing a firearm."

5.     On September 26, 2020, at approximately 10:50 P.M., Detroit Police Officers T. Alleyne, D. Kenny, and C. Morris, while driving southbound in a fully marked scout car and wearing full department issued uniforms within the City of Detroit, observed DOUGLAS standing on the sidewalk in front of 12150 Schaefer St., Detroit, Michigan, drinking alcohol from a 40 ounce can of Ice House beer. Officer Alleyne

3

stopped the scout car and exited the vehicle to speak with DOUGLAS. DOUGLAS fled toward the front door of the arrest location and the officers pursued. Officer Alleyne made contact with DOUGLAS and DOUGLAS dropped the can of beer and produced a black and white revolver from his right pocket. The other officers assisted with gaining control of DOUGLAS. DOUGLAS resisted arrest and multiple orders to drop the firearm and stop resisting. Officer Alleyne observed DOUGLAS point the firearm at Officer Morris while Officer Alleyne took him to the ground. Once DOUGLAS was on the ground, Officer Alleyne observed the firearm fall out of DOUGLAS's hand. DOUGLAS resisted arrest, ignored commands from the officers, and reacquired the firearm with his left hand. Once the other officers gained control of DOUGLAS, Officer Alleyne secured the firearm from DOUGLAS's left hand, which was under his body. DOUGLAS was arrested. The firearm recovered was one (1) loaded, ROHM, Model RG10X, .22 caliber, revolver, Serial Number 157884.

6. Special Agent David Salazar, an Interstate Nexus expert with ATF, examined the ROHM, Model RG10X, .22 caliber, revolver, and

4

determined that it was not manufactured in the State of Michigan and therefore, had traveled in or affected interstate or foreign commerce.

7. Based on the above information, I have probable cause to believe Tyrone DOUGLAS, a prior convicted felon, did knowingly and intentionally possess a firearm, to wit: one (1) loaded, ROHM, Model RG10X, .22 caliber, revolver, Serial Number 157884, said firearm having previously travelled in interstate commerce, in violation of Title 18 USC Sec. 922(g)(1). These violations occurred within the Eastern Judicial District of Michigan.

Respectfully Submitted,

_____
Rebecca Childs
Special Agent, ATF

Sworn to before me and signed in my
Presence and/or by reliable electronic means

_____
Anthony P. Patti
United States Magistrate Judge

Date:   November 2, 2020

5